LAW OFFICES OF DONALD L. WILKERSON

DONALD L. WILKERSON #5730
P.O. Box 42
Laupahoehoe, Hawaii  96764
Telephone:     (808) 533-4447
don@allislandslaw.com
Attorney for Defendant
JESSE EBERSOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  18-00094MS-01 |
| | ) | |
| Plaintiff, | ) | DEFENDANT JESSE EBERSOLE'S |
| | ) | CHARACTER REFERENCE LETTERS; |
| vs. | ) | EXHIBITS "A" THROUGH "Z"; |
| | ) | CERTIFICATE OF SERVICE |
| JESSE EBERSOLE, | ) | |
| | ) | DATE:  JANUARY 19, 2021 |
| Defendant. | ) | TIME: 3:00 P.M. |
| | ) | JUDGE:  HONORABLE J. MICHAEL |
| | ) | SEABRIGHT |

**DEFENDANT JESSE EBERSOLE'S**
**CHARACTER REFERENCE LETTERS**

Defendant Jesse Ebersole, by and through counsel, Donald L. Wilkerson, hereby

submits his  Character Reference Letters.

DATED:  Honolulu, Hawai'i, January 21, 2021.

  //s// Donald L. Wilkerson
DONALD L. WILKERSON
Attorney for Defendant





**Harry Kim**
*Mayor*

**Roy Takemoto**
*Managing Director*

**Barbara J. Kossow**
*Deputy Managing Director*

# County of Hawai'i
## Office of the Mayor

25 Aupuni Street, Suite 2603 • Hilo, Hawai'i 96720 • (808) 961-8211 • Fax (808) 961-6553
KONA:  74-5044 Ane Keohokālole Hwy., Bldg C • Kailua-Kona, Hawai'i 96740
(808) 323-4444 • Fax (808) 323-4440

March 11, 2020

Honorable Chief Judge J. Michael Seabright
United States District Court
300 Ala Moana Blvd. C-338
Honolulu, HI  96850

Dear Honorable Chief Judge Michael Seabright,

**RE:   JESSE EBERSOLE; Next Court date:  April 13, 2020
CR 18-00094-JMS**

I am writing on behalf of Jesse Ebersole.  I've known Jesse since 1987 when I had the opportunity to coach Jesse football.  Over the years, I've watched Jesse grow as a young man, a firefighter, a husband and a father of his two children.  Jesse has dedicated his life to the community.

Jesse made a bad mistake.  He knows it and has admitted it.  Jesse is a good man and deserves a chance to make the wrong, right.

I humbly ask for consideration of leniency of this man, Jesse Ebersole, who can do so much for this community that he has already proven and shown.  Thank you for your consideration.

Sincerely,

Harry Kim
Mayor

County of Hawai'i is an Equal Opportunity Provider and Employer.



January 7, 2021

Chief Judge J. Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850

Dear Judge Seabright;

I write this letter to you as a private citizen in support of a request for a lenient sentence for Jesse Ebersol. As a former Deputy and then elected Prosecuting Attorney for over 27 years, I have not taken the opportunity to write many of these letters. However, I have had the chance to get to know and respect Mr. Ebersol through work and personal relationships, and through this knowledge, I believe that he should not receive a harsh sentence.

When I first heard about the incident that brings Mr. Ebersol before this court, I can honestly say that I, along with many others in Hawai'i County, was sick to my stomach. However, Mr. Ebersol has taken full responsibility for his actions and realizes that he messed up. I have had conversations with him and know that he has great remorse for his actions.

As you are aware, Mr. Ebersol dedicated the majority of his life to helping people and saving lives. As a firefighter, he rose to the rank of Battalion Chief through hard work, often putting his safety and security in danger to help and save others. After his departure from the Hawai'i County Fire Department, Mr. Ebersol joined Hope Services, a local non-profit that helps the homeless and other less fortunate members of our society.

When COVID-19 hit, Mr. Ebersol became and is still one of the county's key links in testing homeless individuals.

About a week ago, one of my employees had an opportunity to accompany Mr. Ebersol as he provided street medical services to homeless individuals. My employee, who did not know Jesse personally at the time, reported that the experience was extremely sad but very inspirational. Many of the homeless individuals that he took care of that night appeared to be unfriendly and unapproachable. However, when Mr. Ebersol arrived, they came to life, obviously trusting and genuinely appreciating him. This was true because Mr. Ebersol treated every one of them with dignity and respect. He listened to them and took care of their needs, providing the medical resources as if they were his family. In fact, my employee told me that it was evident that these homeless individuals depend on the care that Mr. Ebersol provides. This report did not surprise me, as I have known Jesse for many years, and that is generally his reputation.

As a public figure, I realize that writing a letter asking for lenience for Mr. Ebersol, a person who has admittedly broken the law, will probably bring public criticism of me. However, I also realize that failure is a point in time in a person's life and not a definition of who someone is.

When you take the balance of Mr. Ebersol's life, both before and after this incident, you will find that Jesse Ebersol is a hero who made a stupid mistake at a point in his life. Jesse has time and time again put his neck on the line for others. Writing this letter for him is the least I can do to show appreciation for his heroic acts in my community.

Thank you for the opportunity to submit this letter in support of Jesse Ebersol.

With Aloha,

Mitch Roth
Private Citizen



**Harry Kim**
*Mayor*



**Darren J. Rosario**
*Fire Chief*

**Lance S. Uchida**
*Deputy Fire Chief*

## County of Hawai'i
### HAWAI'I FIRE DEPARTMENT
25 Aupuni Street • Suite 2501 • Hilo, Hawai'i 96720
(808) 932-2900 • Fax (808) 932-2928

March 3, 2020

Honorable Chief Judge J. Michael Seabright
United States District Court
District of Hawai'i
300 Ala Moana Blvd, Rm C-338
Honolulu, HI. 96850

Dear Chief Judge Seabright,

## RE:  LETTER OF SUPPORT FOR JESSE M. EBERSOLE

I am Darren J Rosario, Fire Chief of the Hawai'i Fire Department of the County of Hawai'i.  I have known Jesse Ebersole since 1992, having met him while I was interning as a Mobile Intensive Care Technician (MICT) with the City and County of Honolulu Emergency Medical Services.  Jesse was employed by the City as an Emergency Medical Technician with aspirations to become a MICT.  Our professional relationship also evolved into friendship as I mentored him as he progressed to becoming an employee of our department in 1992 as well as becoming certified as a MICT in 1994.

Throughout his career, Jesse stood above his peers, including myself in his passion to be the best MICT for our department and community we serve.  He was recognized as the Hawai'i County Firefighter of the year in 2007 and 2012. In 2007 he was also recognized as the Hawai'i County Emergency Medical Services (EMS) provider as well.  I can personally attest that he provided care to our community above and beyond the model MICT.  Jesse excelled in his career and was promoted to Captain of the EMS Bureau and eventually to the position of Battalion Chief of the EMS Bureau.  As the current Fire Chief, I can proudly say that Jesse was one the best employees under my command.  He loved his job and it showed every day.

On a personal level, Jesse and I became friends because of our common interest in EMS and in being the best MICTs in the department.  This friendship further evolved as our eventual wives met and we both started adding to our families with children.  Jesse absolutely loved his children and has prepared them for a successful adult life.  His love for his wife, Michelle, was also evident, mirroring the "high school sweetheart" couple that my wife Sandi and I have with Jesse and Michelle.



Letter of Support
Page 2
March 3, 2020

He divulged that he was currently working with Law Enforcement investigators but admitted to me that he had been untruthful when first questioned by investigators. This discussion evolved a cross-over between our professional and personal relationships. It was readily evident that the decisions he made in relation to his initial interview with the investigators was the product of a man facing the possibility of losing his wife and children. It was within this and subsequent discussions that I recognized the extreme stress that he was under. I recognized that the fear of losing his family had made this peer and friend that I knew into someone that he was not. Although it had not affected his work, I made the decision to place him into desk duty in our office while we initiated a department investigation to determine if his personal decisions violated department rules and regulations. Shortly thereafter, Jesse notified me that he wanted to check into the International Association of Fire Fighters Center of Excellence for Behavioral Health Treatment and Recovery Center located in the State of Maryland. This prestigious treatment center for fire fighters handles all addictions and mental health issues that face our fire fighters. He was responsible for all the cost associated with his travel and treatment, which included on-site housing. When I asked him why he wanted to go, he replied that he made extremely poor decisions and that he didn't want to lose his family or his calling as a Fire Fighter MICT because of the poor choices he had made. He had taken his first step to successful recovery in recognizing that he needed help and taking it.

Upon his return from the IAFF treatment center, our department concluded its internal investigation. It was determined that his plea of guilty precluded him from being employed in our department any further. I notified Jesse of our intent to separate him from service. Immediately, I recognized that he understood the gravid consequences of his personal life decision had on his employment. At this time, Jesse divulged that his relationship with his family was still a significant work in progress and that he was still in fear of losing his relationship with his family. What stood out to me is that, despite receiving the news regarding his job status and his current progress with his family, Jesse was able to conduct himself in a professional manner at work and showed extreme repentance in his relationship with his family and the HFD. This was a direct result of his treatment at the IAFF treatment center. He accepted responsibility for his prior actions. Upon his return from the IAFF treatment center his focus was to be a better husband, father, and employee.

Sir, the previous paragraphs was used to illustrate the path that Jesse has been on since his involvement in the case came to light. At this time, I would like to humbly ask for your leniency in sentencing Mr. Jesse Ebersole. As the department head of the HFD, I am also tasked with issuing discipline. In all of my disciplinary training and experience, the goal has been the same. The corrective action taken is intended to correct unwanted behavior. Corrective action includes accountability and processes involved to meet the expected behavior. I offer you the following points to validate my conclusion that he has received disciplinary actions and that his unwanted behavior has been corrected;

Letter of Support
Page 3

March 3, 2020

- He has taken accountability for his actions
  - In the discussion we have had on both professional and personal level, he has been forthcoming and showed vast understanding of his actions and has taken full responsibility.  His repentance is readily evident.
- He has cooperated with investigators.
- He lost his employment with the HFD.
  - Being separated from HFD and understanding that he could not perform as a MICT with our department was devastating to him.  He is a very passionate man regarding EMS and making our community better.
- He recognizes that his relationship with his family will be a lifelong work in progress
  - I cannot speak enough about how much I know his earlier behavior affected his relationship with his wife and children.  Sir, trust in me that his continual work towards building back his relationship with his family has held him accountable.
- He continues to work in our community in support of our goal to reduce homelessness in our county and to provide proper services for those in need.
  - He is actively involved in the mitigation of homelessness issues in our county through his work with Hope Services Hawai'i.
- He volunteers his services as a grant writer for the Daniel R. Sayre Foundation which donates equipment and training to Hawai'i Island Fire Fighters and Water Safety Officers.
  - Jesse is primarily responsible for the successful writing of grant opportunities that has afforded the HFD with several hundred thousands of dollars in equipment that would not otherwise be obtained through the HFD budget.

In closing, I once again humbly ask for your leniency in not sentencing Mr. Jesse M. Ebersole to any incarceration.  I put my reputation on the line as Fire Chief that his earlier behavior that unfortunately led to the decisions he made are corrected.  Mr. Ebersole's best chance of saving his marriage and relationship with his family will be achieved by being here for them.  Mr. Ebersole's work in the community in the mitigation of our homelessness issues provides our community with significant opportunities to turn the tide on homelessness.  The work he is doing is not much sought after.  I respect that you have many factors and considerations in handing out sentencing.  Mr. Ebersole's best service back to this community and his family is by continuing to do the work he is actively engaged in both areas of concern.  It is my opinion that Mr. Ebersole is a rehabilitated man from the vices that led him astray.  Please allow him to continue his road to redemption.  Please do not hesitate to contact me at 808-640-2439 or darren.rosario@hawaiicounty.gov should you have any questions.

Very Truly Yours,

DARREN J. ROSARIO
Fire Chief



**Harry Kim**
*Mayor*



**Darren J. Rosario**
*Fire Chief*

**Lance S. Uchida**
*Deputy Fire Chief*

# County of Hawaiʻi
## HAWAIʻI FIRE DEPARTMENT
### 25 Aupuni Street ● Suite 2501 ● Hilo, Hawaiʻi 96720
### (808) 932-2900 ● Fax (808) 932-2928

February 28, 2020

Chief Judge J. Michael Seabright
United States District Court
District of Hawaiʻi
300 Ala Moana Blvd C-338
Honolulu, Hawaiʻi 96850

Dear Honorable Chief Judge J. Michael Seabright:

I am writing to urge a consideration of leniency for my colleague and friend, Mr. Jesse Ebersole.

My name is Lance Uchida, Deputy Fire Chief with the Hawaiʻi Fire Department and I've known Jesse, his wife Michele and both of his children for over 25 years. Although I am very disappointed in the choices and decisions Jesse made leading him to the situation he and his family are currently facing, I am here to speak about the "good" that Jesse has done for our department and our community.

I've worked directly with Jesse while he and I were both assigned to the Hawaiʻi Fire Department's Emergency Medical Services (EMS) Bureau. It is here where I really got to know Jesse and his passion to help others, especially the underserved population on Hawaiʻi Island. His determination to assist our Kupuna struggling with limited resources, as well as the homeless population dealing with less than desirable situations has been undeniable. I've witnessed firsthand where Jesse went above and beyond, spending multiple Saturday's and Sunday's assisting one particular Kupuna with lift assists, medication reconciliation, connecting this person to resources, and just sitting and listening and talking stories. There are many other similar type actions that Jesse has done for the homeless population as well. His passion to help others regardless of their stature, race and or background is what I admire most about Jesse.

In regard to our department, Jesse was instrumental in developing our States first Community Paramedicine pilot program, with an emphasis to "identify, assess and connect" population groups that "fell through the cracks" of our healthcare system. The goal of this program was to connect this demographic with the necessary services that would improve their quality of life. This program was extremely successful as it saved hundreds of thousands of healthcare dollars, reduced impact to the 911 system and most importantly, improved the quality of life for many.



Letter to Honorable Chief Judge J. Michael Seabright
February 28, 2020
Page 2


Being this is Jesse's first criminal offense against his nearly 30 years of public service with an emphasis of service before self, I strongly believe a lesser sentence is more than appropriate for this situation.

Respectfully submitted,

LANCE S. UCHIDA
Deputy Fire Chief
Hawai'i Fire Department

E

**Darryl J. Oliveira**
**1815 Waianuenue Avenue**
**Hilo, Hawai'i**
**96720**

March 2, 2020

J. Michael Seabright, Chief Judge
United States District Court
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, HI 96850

Dear Honorable Judge Seabright,

I would like to provide you with this letter of support on behalf of Mr. Jesse Ebersole.

I have known Mr. Ebersole for nearly thirty years. Our relationship began as co-workers or peers in the Hawaii Fire Department and over the course of our professional careers, that relationship evolved as our respective positions, assignments, and roles changed. As I progressed in rank, I had the privilege of not only working alongside Mr. Ebersole but the opportunity to supervise, mentor, and support his professional development as his officer and eventually as his Fire Chief. His exceptional performance with his assigned positions in the department was only exceeded by his demonstrated sincere commitment to public service and dedication to excellence as a firefighter and paramedic.

From the late 1990's through 2012, I had the opportunity to work directly with Mr. Ebersole on a number on public education and public relations projects for the Hawaii Fire Department. Throughout these projects and activities, I had the opportunity to observe firsthand and interact with Mr. Ebersole outside of the typical work environment and gain great insight into his character and values. During the planning of an annual Emergency Medical Services public education campaign, Jesse organized and coordinated a family fun run that would eventually grow to the largest event of its type on Hawaii Island. Through this event, public awareness was raised regarding the various health care and wellness services that were available in our community. It would later evolve into a benefit run, generating tens of thousands of dollars in monetary donations to support healthcare providers who were experiencing critical healthcare challenges of their own. All of this under the direction and through the passion of Mr. Jesse Ebersole.

However, Jesse would be the first to decline any praise or recognition and immediately acknowledge and thank all who supported him. His highest accolades and praises would be for his wife and family who sacrificed and contributed to his efforts and success. His entire immediate and extended family were among the many people behind the scenes as well as active participants in the many events he would direct and coordinate. They believed in the cause or mission and more importantly, they believed in Jesse.

I share these brief experiences in hopes of illustrating who Mr. Ebersole, Jesse, is as a public servant, a compassionate community and civicminded individual, and as a family man. For those of us who are close to him we were shocked to learn of his unfortunate circumstances and had no clue as to what he was undergoing. As his legal challenges began to unfold, Jesse personally addressed many of us and shared his regrets, apologies, and took full responsibility for his actions. I cannot fathom how difficult that was for him to face his friends and his family.

**Darryl J. Oliveira**
**1815 Waianuenue Avenue**
**Hilo, Hawai'i**
**96720**

He shared his challenges with addiction to prescription pain medication that began through treatment for a work-related injury. It was this addiction that would eventually result in a personal relationship that would exacerbate his problems.

As someone with over twenty years in prehospital emergency care service as a paramedic, I have seen firsthand the unfortunate effects and impacts of substance addiction. Honest hard working and upstanding members of society transformed into criminals and set on a course of self-destruction, often causing pain and anguish for their families and those closest to them. I truly believe that many of the decisions and choices that Jesse made were either influenced by his addiction or by his shame, guilt, and effort to protect his family from the reality of what he was going through.

Jesse is a man of integrity, empathy, and compassion, and has demonstrated his desire and commitment to help others time and time again. Upon returning from his rehabilitation program he volunteered to participate in outreach programs focused on educating others on drug addiction and treatment. Today he is a member of HOPE Services Hawaii Island, a non-profit organization whose mission is to provide assistance to our island's homeless population. He continues to be a resource and mentor to his successors in the Hawaii Fire Department's Community Paramedicine Program, a program that he developed and championed.

In closing I would like to ask for your consideration of my comments, observations, and experiences in support of Jesse and respectfully ask for leniency with your sentencing. As I have told Jesse on more than one occasion during his ordeal, "you are a good man and we all make mistakes." His actions prior to, during, and now, after his unfortunate circumstances, continue to reflect his acceptance of his responsibility and his caring for his community and desire to help others. That is the real Jesse Ebersole.

Sincerely,

Darryl J. Oliveira
Fire Chief (Retired) Hawaii Fire Department



Ka`ohimanu Dang Akiona, MD
101 Aupuni Street #407
Hilo, HI 96720


9 February 2020


Chief Judge J. Michael Seabright
United States District Court, District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850

To the Honorable Judge Seabright,

I am writing in support of Jesse Ebersole whom I have known in a professional capacity for a few years. More recently, I have been able to get to know him personally and work with him to establish a street medicine mission that focuses on the health and housing needs of homeless individuals in Hawai`i County. As a clinician, mother, and active member of the community, I can appreciate the complexity of his situation but am hopeful that like me, you can see how nuanced an individual can be and that one is rarely best defined by a single high or low.

In a professional capacity, he launched the community paramedicine program with the Hawai'i County Fire Department and identified potential high needs individuals before they became crises by focusing on high utilizers of our emergency medical services. Many of these were my patients, and I can attest that their health was positively impacted by this proactive approach in our community. He allowed resident physicians from my program at the Hilo Medical Center- I was junior faculty at the time- to participate, as well, and gain insight into the reality of our patients' daily lives. This has had an invaluable impact on their education, as empathy cannot be simply taught through didactics and lectures. Many carry a much deeper appreciation and love for our community as a direct result of the home visits with Mr. Ebersole and his paramedicine team.

More recently, Mr. Ebersole and I worked together to launch HOPE street medicine outreach. I have been impressed with the level of empathy, compassion and respect with which he approaches each mission and client. There is one moment that has always stuck with me- I offhandedly mentioned he should let me know if I need to delegate certain tasks, thinking that as a former fire chief, some tasks may be beneath him. "Nothing is beneath me," he chuckled. I did not have full insight into his situation at the time beyond what was reported publicly. Indeed, I knew nothing of the personal growth and healing he was going through and continues to go through, but looking back, I actually think that remark was and is important in two distinct ways. The vulnerability he has recently experienced combined with the safety net he was fortunate to have- in a loving and supportive family and a positive working environment- has allowed him to process everything in humility. In turn, I believe this has deepened his empathy and compassion for others who may find themselves in similar situations. I believe he will have a positive impact on our community if we allow him the chance to remain engaged in a constructive manner.

The population we engage with for Street Medicine are among the most vulnerable and marginalized populations- they have a much higher prevalence of mental health and substance abuse issues and experience nearly every barrier to care one can imagine. The work Mr. Ebersole has chosen to do is not for the faint hearted, nor is it for

9 February 2020
Page 2

anyone looking for accolades or recognition. It is often a thankless job; we are often solving one barrier while running into another wall, scrambling for resources and working long hours trying to solve what feels to be unsolvable. But there is a certain amount of gravitas that Jesse brings to the team, having gone through what he has gone through, that I cannot ever duplicate- despite my years of schooling and clinical experience- for lack of the first-person experience. I say this, not to justify any actions, but to remind us all that no one is ever a lost cause, that no one is ever without something to share. I truly believe that his actions to date have only made me more certain of his intent to give back to the community through service, using the skills and knowledge he has gained over the course of his life, *in toto*.

As you consider his case, your honor, I send my warmest regards and appreciation for your time. It is my sincere hope that the court takes this letter into consideration at the time of sentencing and that Mr. Ebersole will be allowed to continue with our mission, helping the most marginalized and vulnerable in our community- I cannot express how irreplaceable he is to our team.

`O au iho no me ka ha`aha`a,

Ka`ohimanu Dang Akiona, MD



Chief Judge J. Michael Seabright

United States District Court

District of Hawaii

300 Ala Moana Blvd.

C-338

Honolulu, HI 96850

March 1, 2020

Your Honor:

I am writing this letter of support for Jesse Ebersole.

I work around the country providing advice and oversight for strategic healthcare projects. For the past 3 years I have had the opportunity to work in Hilo and East Hawaii supporting the development of a community network focused on vulnerable patients. This is when I came to learn about and witness the community commitment and efforts of Jesse Ebersole.

During the initial phase of my work, I heard repeatedly from many stakeholders, that it was essential for me to meet with Jesse to understand the current situation and needs of the community. Many said, "He knows what is really needed in our community. He started the Community Outreach and Paramedicine Program and is out with these types of community members constantly."

As I came to learn and then witness, Jesse was out in the community, following up with hospital discharges, Emergency Department "frequent fliers" and vulnerable community members with complex healthcare conditions and social service needs. He committed his time to not only help these patients, but to also collaborate and participate in any opportunity to share what he was experiencing and what he felt was needed to develop solutions and programs that help these community members.

It became obvious to me that Jesse not only was a tremendous community advocate to solve these issues—but he was also someone that was willing to follow through with additional steps, phone calls and efforts to completion. (This has not been a trait that I have seen in very many of the community stakeholders I work with around the country. He is a positive exception, and to me this is demonstrative of the commitment and care he uniquely possesses).

Jesse's character and demonstration of commitment for his community was repeated again when he left the Fire Department. He created and launched a "Street Medicine Program" to work with vulnerable homeless patients that had healthcare needs and follow up. In a very short time, this program has already identified new and unique solutions for these patients.

As I wrote at the beginning of this letter: I work all over the United States on strategic community healthcare projects. To date, I have not worked with any other individuals as dedicated and committed as Jesse Ebersole. I realize he must be sentenced based on his crime; however, I would respectfully ask Your Honor to also consider the good Jesse has brought to his community for many years and to consider that there will be a tremendous loss in the East Hawaii community if Jesse is not there to

continue the contributions he is making for vulnerable community members and also to other East Hawaii healthcare constituents, as a supportive leader and example that contributes unceasingly.

I would be more than willing to speak to Your Honor in person or to anyone you designate to discuss in more detail.

With much respect and thanks for your consideration,

Tom Spradling

Email:  atspradling@gmail.com

Phone:  812-340-6289



March 2, 2020

The Presiding Magistrate
United States District Court
District of Hawaii

Your Honour,

It is my privilege to write this letter in support of Jesse Ebersole.

I have known Jesse for approximately four years, initially through mutual friends and colleagues, and working together more directly through my work at HMSA. Jesse's commitment to the community of Hawaii island, made him a valuable partner and resource in identifying innovative ways to address some of our most challenged residents. His pioneering work through the development and implementation of the island's community paramedicine program, to more recent work with HOPE Services, continues to demonstrate his work ethic and knowledge, but even more so, his strong drive to improve the lives of others. Jesse works tirelessly to ensure safety net services for all of our residents, particularly those without the means, ability or self-determination to seek that care themselves. He has proven himself to be an invaluable champion of not only the homeless and underinsured, but all people, who like so many of us struggle with navigating an overly complex health system.

In my opinion, Jesse is one of the most gifted and dedicated community servants our state has. He has given voice to so many of our population who are too often ignored, written off or forgotten, and has advocated for increased resources and inter-industry partnerships with a level of success not seen in other communities. He is a trusted resource and leader in health care delivery and reform, and I cannot imagine the advancements that island experienced would have occurred without him. Beyond that, his natural ability to work with all levels of skills and position, have led him to be the go-to leader for all community care efforts.

Jesse has worked diligently to restore trust within his family, and I am hopeful that he can continue down that path, while simultaneously continuing the work of the programs he built. His efforts have led to innovative solutions in a very under-resourced environment of care that has direct positive impact on so many lives.

Thank you for this opportunity to write on Jesse's behalf. If there are any additional questions for me, please do not hesitate to reach out directly at (808) 870-5171 or via email at karey@soapboxhi.com.

With Aloha,

Karey Kapoi
1379 Moohele Street
Wailuku, HI  96793

3/6/20

Your Honor:

I write to share my personal experiences interacting with Jesse Ebersole.

He worked for the Hawaii Fire Department on Hawaii Island when we met professionally. I spoke with him, as a journalist, several times and he was consistently professional and helpful, despite the constraints of department policy.

I have personally observed his compassion, interest in helping improve public health overall and helping protect individuals' health.

While covering the injury of two elderly pedestrians near the newspaper, I witnessed Ebersole physically run up the one-way street's sidewalk from the fire station - to reach the scene faster than the engine was able. This, to me, demonstrated quick-thinking, empathy and dedication to the people he served.

While I was  out picking up litter one evening, Ebersole saw me, after hours. He was jogging, but stopped to give an update (during his personal time). This demonstrated, to me, that his interest in helping the community goes beyond professional duty and is part of his personal-life kuleana (responsibility).

Within feet of that same location where he'd interrupted his jog, a couple of years earlier, Ebersole found me, medically compromised, living in my van while trying to survive medical complications of diabetes.

I believe Ebersole saved my life, because I was having repeated, severe insulin reactions that lasted multiple hours and was without financial ability to maintain

housing. No one was checking in to see if I was okay, and, many times, my life was at risk. Ebersole didn't recognize me at first and showed deep concern before saying with surprise, "You're Jeff!" He realized how much my physical and mental demeanor had changed since he'd interacted with the journalist I had been previously.

Ebersole helped me, through the Hope Services medical team he works with now, to get housing and, eventually, a subsidized housing apartment with social-worker oversight. This is much safer for me, while I continue seeking medical assistance.

With more than 20 years of experience as a health reporter at newspapers, I was aware of potential resources and reached out to all I could think of - but was repeatedly turned down. Ebersole helped me access housing that I would otherwise not have been able to find.

Professionally, I observed as a reporter while Ebersole and a fire-department colleague visited frequent users of emergency services. They proved emergency-services use could be decreased through fire-department-intervention visits, dramatically decreasing costs.

Ebersole attentively made sure it was okay for a journalist to observe, protected patient confidentiality but made sure I understood the nuances of the program - and provided data to back up points made about the program. That verifiable data helped me, as a journalist, to document the program. An expert's opinion is valuable. But data backing up that opinion gives the reader evidence, and context.

Ebersole is on a first-name basis with people who struggle with mental illness, mobility issues, homelessness and addiction. He treats each with respect and helps them recognize their own needs.

He could have left public-service behind after his
fire-department service. But he chose, instead, to dive
right back in and continue serving, through Hope
Services, after getting treatment himself. This
demonstrates, to me, that his commitment to public
service remains part of the fabric of his existence.

I value Ebersole's presence in the world and believe
that he is working diligently to rebuild trust, while
focusing on providing help to others. If we considered
people to be an "asset," I would view him as an
essential one for the community.

Mahalo nui (thank you with honor and appreciation).

Jeff Hansel*
Medically retired journalist
808-557-7355

440 Kapiolani St., Apt. 213
Hilo, HI 96720

J

February 27, 2010

Chief Judge J. Michael Seabright
United States District Court
District of Hawai'i
300 Ala Moana Blvd C-338
Honolulu HI 96850

Re: Jesse Ebersole

Honorable Chief Judge J. Michael Seabright:

Aloha. My name is Leimomi Shearer. I am a 64-year-old Native Hawaiian who was diagnosed with Parkinson Disease in 2017.

My history with Mr. Ebersole spans for approximately 15 years. We sat on a committee with former Assistant Prosecutor Mitch Roth with a mission of providing opportunities to encourage residents of Hawai'i Island to become healthier. As a Tobacco Cessation Specialist at that time, I worked at annual EMS Runs providing Tobacco Information and with the East Hawai'i Tobacco Coalition, providing healthy refreshments at the end of the run. Mr. Ebersole always checked on how we were doing, if we had any needs, and was always thankful for our participation.

Currently, Mr. Ebersole is one on my life savers. As a human, we need physical activity/exercise to live a healthy life. As a person with Parkinson, a regimented exercise program such as 'Rock Steady Boxing' has been documented to delay the process of the disease. As an individual, I am not motivated to exercise period. I do not get off my recliner.

I started to attend Rock Steady Boxing in November of 2018. I continue to attend because of being motivated by the attendees, fellow Parkinson Boxers, but most especially because Mr. Ebersole motivates me more than anyone because I believe he "has" me. He pushes me to my limit (more than I ever knew I had); is supportive of how I perform the required exercises; shows respect to the participants' ability; is kind and always provides kind words for everyone.

He made a mistake. And I believe that he understands that and if he were ever in a similar situation, the results would be different. I'm not his judge, but I consider myself a part of his family as he is in mine.

Mahalo for this opportunity to provide this Letter of Support of Mr. Jesse Ebersole.

me ke ha'a ha'a (with Humility),

Leimomi Shearer
P. O. Box 1087
Kea'au HI 96720





# C. Kimo Alameda, PhD

*CEO, Psychologist, Professor, Youth Association President*
*561 Puloku St.*
*Hilo, Hawaii 96720*
*808-345-9280    adrkimo@icloud.com*

Re: Jesse Ebersole – Character Reference                                            March 1, 2020

Chief Judge J. Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, HI 96850

Honorable Judge J. Michael Seabright,

My name is C. Kimo Alameda and I have many job roles. I am the CEO of Bay Clinic Health Center, and was previously the Director of the Hawaii County Office of Aging, as well as a practicing licensed psychologist, adjunct professor at the University of Hawaii-Hilo, the host of a local TV show, and the president of the Rise Above Youth Athletic Association.  It is within the role of a friend, colleague, and mentor that I write this letter on Mr. Jesse Ebersole's behalf.

Mr. Ebersole is an all-around community contributor who is well-liked in the community by everyone he is associated with. As a distinguished Fire Fighter for the County of Hawaii and now currently a community homeless out-reach paramedic and liaison for HOPE Services Hawaii, Mr. Ebersole is a valued individual who brings so much to the community. We have worked together on a number of occasions delivering serves to those most in need and his heart has always been for and with the people.

Mr. Ebersole is also a family man. There is no doubt that he loves his family, his children, and his circle of friends. His wife, Michele Ebersole, is also a remarkable woman who has changed the fabric of higher education on Hawaii Island. She has recently received an honor from the University of Hawaii-Hilo Chancellor's office as a "super professor" doing good work in the community.  This is simply a family that has stuck together through the peaks and valleys of life, and will continue to stick together regardless of the tough times they currently face.

This is a strong letter of support for my friend and his beautify family. Mr. Ebersole is a remarkable man who deserves a second chance.  If you have any questions, please contact me anytime on my cell at the above number.



Sincerely,

C. Kimo Alameda, PhD.

*Rise Above Athletic Association*                    *Basketball, Baseball, Volleyball, & Track*

L



January 28, 2020

Chief Judge J. Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd  C-338
Honolulu, HI 96850

Re: Jesse Ebersole Letter of Support

Dear Chief Judge Seabright;

At the Waiakea Recreation Center in Hilo, some of the Island's toughest Boxers train two times each week. But they do not fight each other; they fight a single enemy – Parkinson's Disease. Parkinson's disease is a degenerative movement disorder which can cause deterioration of motor skills, balance, speech and sensory function.
The outcomes of this training have been beyond expectation due in part to the inspirational leadership of our dedicated volunteer Head Coach Jesse Ebersole, who learned boxing at the very same facility almost 40 years ago.

Rock Steady Boxing Hilo was founded almost two years ago and currently has almost thirty-five "Fighters" on its roster. Since inception, Coach Ebersole has been indispensable in every aspect of the group's initial planning, formation, structure, growth, and most importantly, it's success.

Rock Steady Boxing Hilo challenges people with Parkinson's to join together in fighting their disease by providing a non-contact boxing-style fitness program that improves quality of life and the sense of efficacy and self-worth. Programs like RSB may actually delay the progression of symptoms. An intense regimen of professional boxing is used to break through physical and mental barriers. The RSB Hilo Coaches provide encouragement by energetically inspiring maximum effort, speed, strength, balance and flexibility.

"Coach Jesse", as he is addressed by our diverse group, takes an active individual interest in each of our group's members, greeting every arriving participant with a warm and personal smile, encouraging maximum effort and then gently "pushing" them to achieve the maximum benefit of the physical workout. On occasion, Jesse has gone beyond the four walls of the gym and has followed up with in-home welfare checks on members that have struggled health wise.

Many of our "Fighters" have known Jesse Ebersole for several years or longer. Many may have just met him. But each of us owe Coach much gratitude for what he is accomplishing, and for that, we respect and support Jesse Ebersole, and attest to his positive impact on our local community.

If we can be of further assistance in the matter of this letter of support and recommendation, please do not hesitate to contact us, or any of the members of Rock Steady Boxing Hilo for that matter.

Until then, we remain

Sincerely yours,

David and Marlene Goodwin
Chairman and President, respectively, Rock Steady Boxing Hilo LLC

Rock Steady Boxing Hilo * P.O. Box 421, Pepeekeo, Hawaii 96783 * (808) 657-4466



Chief Judge J. Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd  C-338
Honolulu, HI 96850

Donald Besse
PO Box 1123
Keaau, HI 96749
March 5, 2020

Dear Judge Seabright,

Subject: Jesse Ebersole, sentencing.

I have known Mr. Ebersole for the past year as a coach for the Rock Steady Boxing for Parkinson's support group.  When I started attending this group twice a week with my wife who has Parkinson's, I was impressed with his dedication, kindness and effectiveness at persuading the participants to work hard for their own good.  Not an easy task for Parkinson's sufferers whose primary symptom is fatigue,  but these people "loved Jesse."

I was even more impressed when I found out that in order to be a Coach he had to complete a 15 unit online course within 8 weeks, at a cost of $399.00.  The fee was paid by the Rock Steady affiliate in a vote of confidence in Jesse's ability.  Of course, it was beneficial that Jesse had a back ground in boxing which is reflected in his position as Head Coach.

I became a volunteer cornerman which did not require the online training but allowed me to assist the coaches.  As such, I work closely with Jesse and the other coaches and find all of them to be fine human beings dedicated to these people in need.

I was unaware of Jesse's legal problems until his upcoming sentencing was brought to my attention.  Let me say that Jesse is not a criminal in the normal sense.  He is a naive man who was influenced by a very manipulative lawyer who gave him terrible advice.  He has already been penalized severely for this mistake.  He has been doing penance in many forms since his plea and the Hilo area has benefited from his community service as well as his service with the fire department.

About me: I am a retired captain from a California sheriff's department who has seen a lot of criminals, especially while I was the jail commander.

Respectfully submitted,
Donald P. Besse, Captain (retired)
Marin County Sheriff's Department
retmcso@gmail.com
808-731-6329



Justin Kouchi
1975 Kilauea Avenue
Hilo, HI 96720
808-896-7363

March 9, 2020

Chief Judge J. Michael Seabright, United States District Court, District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, HI 96850

Your Honor,

Thank you for allowing me to submit this letter on behalf of my colleague, friend, and mentor Jesse Ebersole.

My name is Justin Kouchi, I'm a 16 year veteran of the Hawaii county fire department and currently a Fire medical specialist stationed, and in command of fire station 11a on the Big Island.  I have known Jesse longer than my entire adult life, first meeting him when I was in high school and volunteering in the Hilo medical center emergency room.  From the moment I met him I was in awe of his ability as a paramedic.  It was clear to anybody that he is a top tier medic, the one who want by your side had anything happened to you or your family.

I was fortunate to join the Hawaii county fire department in 2004 and started working with Jesse almost immediately.  My first station assignment was with Jesse and I had the privilege of working closely with him.  Working with Jesse showed me how to save lives, manage intense emergencies, and most importantly how to comfort and console patients and families during some of the worst days of their lives.  It's a clear fact that there are dozens of people in our community who would not be alive had it not been for Jesse's direct actions.

Jesse's amazing capably of saving lives continue to leave a legacy within the EMS community.  Learning from Jesse allowed me to earn my Paramedic license.  For me, the paramedic training was difficult, with many setbacks along the way.  Jesse encouraged me through it, and he was pivotal in me getting my Paramedic license. The knowledge he passed down and high standards he instilled in me has directly allowed me to save many lives as well.  That sentiment is shared by many of my colleges who have used his teachings to save many lives giving multiples of families more time with their loved

ones.  Recently, a 63 year old woman walked into my fire station to thank us for saving her life.  I was in command of her care and that woman was clinically dead for over 30 minutes before she was revived.  I used specific skills taught to me by Jesse on that extremely difficult case.  Jesse also was instrumental in implementing our community paramedicine program, which proactively reaches out to at-risk members of the community to improve their health and lives.

Jesse is an outstanding paramedic but surely that's not the only good in him.  Countless times he has been there for friends and co workers in times of crisis.  I remember many times he had gone far out of his way to check on fellow fighters and friends going through difficult times.   He has also given countless hours of his own time to volunteer projects on the big island

I recall a time which cemented his character to me.  On an early Sunday morning in 2012 I was going through a serious personal crisis.  I was a total mess and the situation was so bad that I was transported by ambulance to the emergency room.  As soon as I was taken out of the ambulance I looked up and saw Jesse.  Upon hearing the news he came immediately on. Sunday morning to be at my side.  During that difficult time and after recovering only a small amount of friends stuck by my side. Jesse was instrumental  in getting me through that difficult time and allowed me to heal.  I'm proud to say that I was able to recover and continue my job and passion of EMS.

I feel extremely strong that Jesse is remorseful for his actions.  When he told me about this legal matter, prior to the plea and media attention he was visibly remorseful and regretful.  I could truly feel how sorry he was  and how he wanted to make things right.  Shortly later he told me about his intention to take responsibility and cooperate fully with the investigators and I am incredibly proud of him for doing so.

In no way do I believe it's an excuse but feel it should be considered.  I feel it's clear that Jesse was manipulated by the principal of this case, Mrs. Kealoha to serve her own self interests.   The principal was the reason behind the lawyer who was initially representing him (who has since been disbarred).  I believe Jesse was given unethical advice that contributed to this crime being committed.  I don't believe this is an excuse for his crime, though I would feel remiss had I not stated this.

Since the plea, Jesse has taken solid actions to improve his life in many aspects.  A complete Mea culpa in my opinion.  On his own, he admitted that he needed help and went to a residential treatment program in the mainland.  Jesse also has made amends with his family and it's beautiful to see their family relationship so loving and close.  Just

recently I learned he has been doing community outreach, working with senior citizens to improve their health.

I'm extremely proud ofJesse's actions since his plea.  When I first met Jesse I thought very high of him, after working with and becoming his friend I thought even higher of him.  However, it's at present, after seeing how much he has improved his life and continues to improve the community that I think most highly of him.

Your honor,  I am asking you for maximum leniency for Jesse.  Throughout his life and career he has given many the priceless gift of life.  Our community has greatly benefitted from Jesse in the past and will continue to benefit from Jesse in the future.  I can say that without a doubt, I am a better person because of Jesse Ebersole and I'm asking you to give him maximum freedom and leniency.

Your Honor, thank you for your time and consideration in accepting my letter.  I can be reached for questions or comment at my contact info below.


Justin Kouchi



To Judge J. Michael Seabright,


I am writing this letter on behalf of Jesse Ebersole.  I have known Jesse professionally for 17 years.  First as a preceptor, then as a coworker, and lastly as a supervisor.  On the ambulance, Jesse has always had patient care as a priority.  This has been demonstrated by the employee of the year award that he has won for the Hawaii Fire Department.  Jesse has also received EMS provider of the year during his long and meritorious service with the Hawaii Fire Department.  The Hawaii Fire Department's Community Paramedicine project was Jesse's brainchild.  The Community Paramedicine project has not only improved countless kapuna lifestyles and overall wellbeing but has saved the overall health system a significant amount of money.

 Even after retiring for the Fire Department Jesse continues his community service by working for HOPE services where he is spearheading the street medicine project.  This project focuses on taking the initiative to care for the homeless populations medical needs on the big island.

 Jesse has serviced the big island and its residents and visitors for over 30 years.  Jesse is an asset to his community and a valued resource for many years.  I truly believe that it would be a terrible lost to the big island if Jesse Ebersole would not be able to continue to provide his valued services for our residents and visitors.  Please consider the countless good that Jesse has and continues to do every day; do not let one mistake mar one of the big islands most influential health care providers life.  Thank you for your time and consideration in this matter.



Sincerely,


Vern Hara

P

CALVIN J. FUKUHARA
P.O. Box 238
Kurtistown HI 96760

(808) 966-8440

March 1, 2020

CHIEF JUDGE J. MICHAEL SEABRIGHT
United States District Court
District of Hawaii
300 Ala Moana Boulevard C-338
Honolulu HI 96850

RE: Jesse Ebersole

Dear Judge Seabright:

I am a 68 year old long time resident of the Big Island who was diagnosed with Parkinson's disease two years ago. Although my doctors recommended that I particpate in exercise classes to help manage my condition, for many months I was unable to find a class that suited me.

In the latter part of 2018 I started attending exercise classes at Rock Steady Boxing in Hilo, where I met Jesse Ebersole. He is one of several selfless, dedicated trainers who volunteer their time twice a week to conduct hour-long classes specifically designed for Parkinson's patients. Jesse works extremely hard in his role as the lead trainer and has become an essential part of the program, encouraging and inspiring class participants to exert maximum effort.

The Hilo Rock Steady classes have grown in size to the point that from fifteen up to twenty participants regularly show up for classes. People regularly travel from Kona and Kohala to Hilo to attend classes.  Although arduous and challenging, the Rock Steady classes have helped me immensely.  Jesse Ebersole deserves a lot of credit for the program's success.

I respectfully request that you take into account the invaluable contributions that Jesse has made and continues to make to people like me who need his support.

Respectfully submitted,

*Calvin J. Fukuhara*

CALVIN J. FUKUHARA



Curt S. Oishi
276 Lewa Nuu Street
Hilo, Hawaii  96720

March 9, 2020

Re:  Jesse Ebersole

To:  The Honorable Chief Judge Seabright

I have known Jesse Ebersole as a co-worker and close friend since 1992 when he entered the Fire Department. We were both Paramedics, over the years we became close friends.  I was surprised to hear about his case as I have always known him to be trustworthy, hardworking and an outstanding public servant.  For these reasons, I am happy to write this letter of reference for him regarding this matter and hope that I can convey to the Court the type of person Jesse is.

Working together under stressful and dangerous situations, as we did in the fire department, you learn a lot about your fellow fire fighters. I particularly recall arriving at an accident scene where a patient needed immediate extrication and Jesse, having arrived first on the scene, jumped right in and did what needed to be done even if it was beyond his duties to get the patient the immediate care that she needed. Having worked with Jesse over the years, I know him well enough that I would trust my life and the lives of my family members in his hands.

Jesse is a good man, but even the best, make mistakes.  He has acknowledged his mistakes and has always taken full responsibility for his actions, never making excuses for himself.  More importantly, he has since worked very hard to make amends to his wife, children, family and friends and to heal himself. It has been a long and painful recovery, but Jesse understands the wrong he has done and the pain that he has caused and I sincerely believe that he has learned from these mistakes and would not put himself in these situations ever again.

Today, Jesse continues to work to ensure he does right by his family, friends, and community.
Jesse was instrumental in starting the Parkinson's Rocksteady Boxing program here in Hilo a little over a year ago.  He even recruited me to become a volunteer coach with him.  With Jesse as the lead coach, our "fighters", as we refer to them, have been able to reverse some of the effects of this disease and feel better and stronger.  I have heard our fighters express such appreciation for all that Jesse has done for them.  In addition to volunteering his time as a boxing coach, Jesse also works part time for Hope services, providing much needed medical care for homeless on the streets.  He really goes above and beyond to help these clients in whatever ways to try to improve their situations.

I love Jesse like a brother and have witnessed his recovery, his continued service to the community, and most of all his love for his family.  Please consider Jesse's recovery and hard work, while you decide Jesse's sentencing.  He is an honorable man and a valuable member or our community.  Thank you very much for your time and consideration,

Sincerely,

Curt S. Oishi



Friday, January 8, 2021

Chief Judge J. Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850
Addressee:

Hugh Y Ono, Citizen of the County of Hawaii
455 Ekela Street, Hilo Hawaii 96720

Dear Judge Michael Seabright:

   I am a long-term citizen of the County of Hawaii originally re-locating from Kailua, Oahu in1969, thus I have been here and claim Hilo as my "Hometown".
   I first met Jesse Ebersole in 2003 in a most auspicious way.  I was meeting with the Mayor Kim when I had an heart episode known as "sic sinus syndrome" where the heart beat drops below 20 beats per minute and other symptoms not so pleasant.
   The very first responders were:  Mayor Kim, Managing Director, Dixie Kaetsu, Managing Director and immediately there after the Fire Chief, Darryl Oliveria, who stabilized me.  The EMT on scene was, "Jesse Ebersole" and to this day, I will always appreciate the attention and "priority care" given me to my ambulance trip to Hilo Medical Center and its Emergency Room.
   Well… I am fully recovered due to EMT's Ebersole's actions, and resulting in a "pacemaker" being implanted, very successfully and am now on my Pacemaker No. 2 and doing just "terrific".

   However, thereafter, I have gotten to really known the "Ebersole" family… very well.
   1.  His wife, Michelle, is a "Goya" and an outstanding young person representing Hilo as "Professor in the "UHH College of Education".
   2.  His Mother and Father-in-Law have been both leaders in our small but "special community".
   3.  His Children are outstanding and very special students, who will contribute to our Big Island Community, No doubt!


Judge Seabright:  I am asking that you take the above into consideration as:
   1.   Jesse understands that he did wrong and is prepared to re-direct his life as it was prior.
   2.   After talking to him, he is very aware of his life mistake.  He knows and I know he will never make this mistake again.
   3.  A Sentence that would incarcerate him… really serves no purpose at all except to add more "cost to the US Government Penal System Budget Costs".
   4.  I have "no doubt" that he will never ever get involved in any such or "illegal" situation" in the future.   And I will vouch for that and be "responsible in charge" if necessary.


 In closing, MY PLEA TO YOU TO GRANT "JESSE EBERSOLE" leniency. in the end… no great purpose is served by a "severe sentence" as I am certain… lessons have been learned.

   I welcome a call from you to discuss this at any time… Please do call me…

   Hugh Y Ono, P.E.

Citizen of the County of Hawaii…
455 Ekela Street, Hilo, HI, 96720
Ph:  808-959-1342   Email:  hono@hawaii.rr.com

S

Harry & Jill Kubojiri
1069 Oihana Street
Hilo, Hawaii 96720
Email: jkubojiri@gmail.com

March 8, 2020

The Honorable Chief Justice J. Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd.
C-338
Honolulu, Hawaii 96850


RE: Character Reference for Jesse Ebersole

Your Honor,

The aim of this letter is to present the good character of Jesse Ebersole. We have
known each other for at least 15 years. We can confirm that he is careful, considerate,
efficient and dedicated to the well-being of others. He has received several honors for
his dedication to his work in our community.

Jesse is well-regarded among all the community as a person of high integrity and
honesty. He has worked hard to make our community a better place.

Jesse has always been a wonderful father and husband. He has made many changes
to regain the trust of his family and community. He has been a good neighbor and friend
for many years.

We are aware that he has pleaded guilty to the charges. However, we wish to express
that this is not the typical Jesse that we know, love and trust. This unfortunate situation
was most probably one-of-a-kind. He has expressed to us many times that he is
extremely remorseful and is trying to make amends with those he hurt most, his family.


I hope this letter will give you an idea of his good character and help him get a second
chance to prove this was an unusual occurrence.

Thank you for taking the time to read this letter.

Sincerely,


Harry and Jill Kubojiri

T

Ian Smith
334 Naniakea St
Hilo, HI 96720

February 1, 2020

RE: Mr. Jesse Ebersole

To the Honorable Judge John Michael Seabright,

I am writing this letter on behalf of Jesse Ebersole. I have known Mr. Ebersole for approximately 15 years. Throughout this time, I have known Mr. Ebersole to be a hard-working, selfless, caring member of Hawaii Fire Department and the Big Island Community.

I first met Mr. Ebersole while working as firefighter recruit with then Firefighter/Paramedic Ebersole. He was a well-respected member of our Department and known for his calm under pressure and ability to make decisive life saving decisions. I witnessed firsthand multiple instances where Mr. Ebersole saved someone's life. Many people on this island today are still able to hold their loved ones thanks to the compassion and hard work of Mr. Ebersole.

As our careers progressed, I eventually promoted to the rank of Operations Battalion Chief with Hawaii Fire Department and Mr. Ebersole promoted to the Chief of the Emergency Medical Services Division of the Department. Even as Chief, Mr. Ebersole continued working with our homeless population and underserved elderly population. Mr. Ebersole pioneered our Community Paramedicine program of which the focus was serving these two incredibly vulnerable segments of our community. These are members of our community that he continues to serve today, even in retirement.

On his days off from work, Mr. Ebersole worked tirelessly on writing grants for our Department that ultimately secured close to 3 million dollars in grant funding to make the First Responders in Hawaii Fire Department and ultimately, the Big Island Community, safer.

Through the years, my wife and I were fortunate to become friends with Michele Ebersole and their two wonderful children, Mari and Jamie. We always witnessed Mr. Ebersole to be a loving father and husband, and even allowed Mari to babysit our children while they were small. While our career paths have taken us in different directions, we still consider the Ebersoles to be close friends of ours.

Sincerely,

Ian Smith



February 23, 2020

John Rozett
HC 1 Box 5081
Keaau HI 96749

Chief Judge J. Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, Hawaii 96850

Re: Letter of Support - Jesse Ebersole

To Your Honor, Judge Seabright

In the matter of consideration of the character of Jesse Ebersole as it relates to decisions you may have to make, I offer the following as an indicator of Mr. Ebersole's volunteer service for our group of Parkinson's Disease Patients and Caregivers. In mid-2017 one of our members, (Marlene Goodwin) began talking to the group about a Nationally Accredited program that she had joined on the mainland that did a tremendous amount of good in alleviating some of the motor symptoms of Parkinson's Disease, as no such local Chapter existed on the Big Island, she inquired of our group if anyone would be interested in starting a Big Island Group. Over the next 12 months, this energetic woman proceeded to canvas local resources to see if she could find a venue site for the group and some coaches with basic boxing experience to go to the mainland for several weeks to be trained in the program and taught the safety considerations involved in trying to teach people with a degenerative brain disease how to refine boxing techniques and at the same time keep them from getting hurt. As Marlene proved to be exceedingly skilled at negotiating and getting people to volunteer, we finally had a volunteer team that was qualified and dedicated to getting this much needed project off the ground. From Hawaii County we were allowed access to a boxing ring and gym, along with a facility supervisor and 2 retired firefighters one of whom is Jesse Ebersole. Classes began in October 2018. Jesse is our Head Coach.  He is well qualified to perform the duties of Head Coach and has significant skills in the sport, as well as having Paramedic Skills which are crucial when you are taking Senior Citizens many of whom are somewhat unstable on their feet and encouraging them to learn the rudimentary skills involved in Boxing. Jesse has been truly inspirational in his role as Head Coach. He makes me strive to challenge myself to get more control of a body that has become increasingly resistant to my brain's instructions.

Parkinson's Disease is a malaise that steadily robs you of the muscle control and coordination that all of us take for granted until it disappears incrementally with each passing year. I spent the last 40 years doing heavy physical work, I own a nursery, which once dug full sized trees for resort properties with cranes, backhoes, tractor trailers, and escort drivers for the over-sized loads. I was doing most of the coordination from the operator's seat of the backhoe. Imagine what it feels like to be told at age 51 that you have a disease that will prevent you from performing the work you have done for most of your life. There is no cure. There is little hope. My family counted on me to keep our Business going and pay the bills. I couldn't do it anymore. I am now on Social Security disability. It is humbling and difficult to keep a positive outlook on a daily basis when your sense of identity as a strong, productive leader evaporates. Somehow Jesse has been able to inspire in me the attitude to work on rebuilding my awareness of self . I see in him the intensity I once had, the inspiration to try harder. I actually feel that from all of our volunteers... Curt, Shannon, David and Don. But Jesse makes me feel my own sense of drive.

I'm not sure what he has done to be under your judgement, nor do I need or want to know. Whatever happened to put him in this predicament, I have only seen a giving generous soul willing to volunteer his time to make the lives of the 25+/- of us who look forward to seeing him twice a week, a little better. In all my conversations with Jesse, I have never known him to be negative or disrespectful. In my working life I have hired over 100 people and I have come to trust my instincts as to who to trust. I trust Jesse. Whatever you decide I hope you will consider his worth as a community asset, as you ponder his fate.

Respectfully submitted,



1090 Oihana Street
Hilo, HI   96720
February 28, 2020

**Re:   Jesse Ebersole**

To the Presiding Judge:

Jesse Ebersole and Michele, his wife, are next door neighbors.   Michele was a high school student of mine.   Most recently, Jesse has been a coach of the Rock Steady Boxing program I go to in Hilo.

Jesse will be sentenced soon for crimes that he committed.   I cannot comment on those crimes nor what punishment is appropriate.

I suffer from Parkinson's disease and have been going to the Rock Steady Boxing sessions for nearly two years.   Rock Steady Boxing is a valuable program which helps people with Parkinson's disease improve their physical condition and quality of life through rigorous exercise and a supportive environment.

Jesse has been a coach for the Rock Steady Boxing program for nearly two years.   He brings great energy to the boxing gym and strongly encourages us to work hard.   He has boxing experience and is very athletic and so he brings a professional boxing feel to the gym.   He gets in the ring and adjusts the boxing exercises so that each participant "boxes" to the maximum of his or her ability.   He supports us by showing that he cares about us.   He is definitely a strong asset to the program.   When he is not there, the decrease in energy in the gym is noticeable.

As far as I know, Jesse always performed community service, even before his legal problems. Obviously, Jesse has a lot to offer the community.   Now, it seems that he is doing even more to try to make amends to the community for the harm he has caused.

Jesse knows that his family has suffered because of his conduct. Michele and the children, Jaime and Mari, have supported Jesse through this difficult time.   He is in the process of making amends to them as well.

Thank you for taking the time to consider this letter.

Very truly yours,

JO-LYN NAKAMURA



February 24, 2020

Chief Judge J. Michael Seabright
United States District Judge
District of Hawaii
300 Ala Moana Blvd.  C-338
Honolulu, Hawaii   96850

Dear Honorable Chief Judge J. Michael Seabright:

The Parkinson Community in Hilo owe a tremendous debt of gratitude to Jesse Ebersole for volunteering to be in charge of the newly formed Rock Steady Boxing Affiliate since October 2018.  Jesse has shown so much compassion and dedication in helping the participants of Parkinson disease improve their overall health through boxing and exercises in a welcoming and positive atmosphere.  We all have a feeling of acceptance and love in this class despite our disabilities and limitations.

Jesse has given me so much encouragement to fight as hard as I possibly can.  He has generously provided the leadership and role model for positive daily reinforcement to all of us.   Parkinson has caused me to be very discouraged and depressed because of the rapid loss of my former physical and neurological abilities. The Rock Steady Boxing classes have given me so much optimism and hope.  I need that support system to help me in delaying the rapid progression of my Parkinson disease.

When my Parkinson situation progressed to such a critical point that my family physician highly recommended Hospice Care, Jesse and his wife Michelle paid me a visit at home and encouraged  me not to give up and  to keep fighting.  Their thoughtfulness and caring attitude impressed me very much.  It made me feel special and gave me a greater incentive to do all that I could to get better.

We all feel a special bond to Jesse as a friend and a Rock Steady Head Boxing Coach.   He has inspired and motivated all of us to keep fighting in our daily battle with Parkinson disease.  Please allow him to continue this invaluable service to all of us in the Parkinson community.  He has done so much good in enriching all of our lives for the better.  It takes a very special person such as Jesse who was willing to volunteer his precious time to give hope to all of us that it was possible to not let Parkinson take over our lives.  We are forever grateful to him for teaching us this fighting spirit.

Sincerely,

*Herbert Kiyabu*        *June Kiyabu*

Herbert Kiyabu and June Kiyabu
165  Kupaa St.
Hilo, HI 96720



February 24, 2020

Chief Judge J. Michael Seabright
United States District Court, District of Hawaii
300 Ala Moana Boulevard, C-338
Honolulu, HI 96850

Re: Mr. Jesse Ebersole

Dear Sir:

I was diagnosed by my Rheumatologist in Hilo of Parkinson's Disease in October, 2018. I was simply amazed at this diagnosis; my father had this dibilitating disease when I was a child, and the memories of his physical challenges and disabilities remain fresh in my mind and heart.

Several months later, I met a woman at an exercise class for people with Parkinson's Disease. She told me of a class in Hilo, "Rock Steady Boxing." Primarily, I went to satisfy my curiousity; after all, boxing? To my delight and in answer to my prayers, I met someone to instill courage to continue to hope. Mr. Ebersole (Jesse), the lead volunteer instructor, was exactly whom I felt would help me to fulfill my need to continue to move forward in my new life. I was immediately impressed with his vibrantly great health, enthusiasm and expertise as a boxer. With his background as a boxer, I knew that I was in capable hands; he and his volunteer assistants formed a formidable team to help us to address, learn, adapt, and regain self-confidence, dexterity, strength, and the will to continue to move forward in our lives with joy, renewed hope, and "vim and vinegar."

Please give him a chance to redeem himself and to continue to be a valuable asset to our society.

Sincerely yours,

Patricia T. Angle



March 1, 2020


Chief Judge J. Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, Hi  96850

Dear Judge Seabright:

My name is Raymond Chang and I am a senior citizen diagnosed with Parkinson's disease.  My wife and I reside in Hilo and have known Jesse Ebersole for many years.  We recently become reacquainted with him because of my illness as he serves as a volunteer here in the community with providing his time and skills to an exercise program called "Rock Steady Boxing".  Our class meets twice a week for an hour of strenuous boxing.  As the head of the coaching team, Jesse leads all aspects of our workouts. Always looking for ways to improve, he will research new ideas to advance our workout routines.

Jesse has worked tirelessly with a commitment uncommon to most.  He goes beyond what many would seem reasonable and drives us to strive for improvements in our lives.  As an example, he actually comes to my home to work with me on an individual basis on his days off from other volunteer work.

Jesse's compassion and patience are some of the many fine characteristics of this young man.  We certainly appreciate him and his wife for giving up so much of their lives to making ours better.  There aren't many people around with such fine character and great hearts.

Sincerely,

Raymond and Dorothy Chang
1230 Puhau Place
Hilo, Hi 96720

Z

**Richard Kelleher**

P O Box 748

Mountain View, HI  96771

February 29, 2020

Chief Judge J. Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, HI  96850

Re:  Jesse Ebersole

Dear Judge Seabright,

I am writing to let you know that I am grateful for the support that Jesse Ebersole has provided to Parkinson's Diseases (PD) sufferers like myself.  Jesse volunteered to coach our "Rock Steady" boxing classes after the original coach was unable to continue. He receives no pay but shows up twice weekly and makes a difference in our lives.

PD patients are told that our degenerative, progressive disease can be helped by exercise, socialization and proper nutrition.  Rock Steady boxing is a national program for PD and we are so lucky to have it available in Hilo.  Rock Steady gives me exercise and socialization and Jesse is always there providing encouragement as well as coordinating the exercises. He even works with us on holidays because he knows this is the only real exercise many of us get.  I drive in from Mountain View, a forty-five minute trip, because I value the effect and camaraderie. Others come from farther away.   I know Jesse to be a hard-working, good man and without him, I'm not sure if the program could continue, which would be a huge loss for the approximately 20 PD "boxers".

Please feel free to contact me if you have any questions.  My phone number is 808-968-7251 and my email address is rick.rkdesign@gmail.com.  Thank you for your consideration.

Sincerely,

Richard (Rick) Kelleher

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served upon the following party on January 7,

2021, by:

[X]     Electronic Filing


       Assistant U.S. ATTORNEY
       MICHAEL WHEAT
       Michael.wheat@usdoj.gov

       darci_ing-dodson@hip.uscourts.gov
       United States Probation Officer
       300 Ala Moana Blvd., Room C-110
       P. O. Box 50111
       Honolulu, Hawaii 96850-0001


                                            //s// Donald L . Wilkerson
                                          DONALD L. WILKERSON